**Order entered December 13, 2016**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-01453-CV

### IN RE ETHAN JEREMY HAZELTON, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-55640-2013**

## ORDER
Before Justices Lang, Evans, and Schenck

The Court has before it relator's December 13, 2016 petition for writ of habeas corpus and motion for emergency stay of commitment.

We **GRANT** relator's December 13, 2016 motion for emergency stay of commitment. Pending this Court's determination of relator's petition on the merits, and until further order of this Court, we **ORDER** that relator Ethan Jeremy Hazelton be released from the custody of the Sheriff of Collin County only upon posting a good and sufficient cash or surety bond, conditioned as required by law, in the sum of $500, plus all expenses which may be incurred by peace officers in rearresting relator in the event that relator fails to appear at a hearing before this Court or violates some other condition of the bond.

In the event relator Ethan Jeremy Hazelton gives such bond, the Sheriff of Collin County is **ORDERED** to immediately forward a certified copy of the bond to the Clerk of this Court.

This order releases relator Ethan Jeremy Hazelton only from custody under the Order of Commitment dated December 13, 2016 issued by the 380th Judicial District Court of Collin County, Texas, styled *In the Matter of the Marriage of Ethan Jeremy Hazelton vs. Katie Bliss Hazelton and in the Interest of L.B.H.*

The Court **ORDERS** that the reporter's record of the December 13, 2016 hearing be filed by **December 28, 2016**.

The Court requests that real parties in interest and respondent file a response, if any, by **January 4, 2017**.

The Court **DIRECTS** the Clerk to send copies of this order, by electronic transmission, to the Honorable Benjamin Smith, Presiding Judge, 380th Judicial District Court; Karla Kimbrell, official court reporter, 380th Judicial District Court; Terry G. Box, Collin County Sheriff; and to counsel for all parties.

/s/     DAVID EVANS
         JUSTICE